# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02561-REB

CHILDREN'S HOSPITAL COLORADO,

                    Plaintiff,

    vs.

THE UNITED STATES DEPARTMENT OF DEFENSE, and

LLOYD AUSTIN III, in his official capacity as Secretary
of Defense, United States Departments of Defense,

                    Defendants.

---

## DECLARATION OF JEFF HARRINGTON

---

    I, Jeff Harrington, an authorized representative of Children's Hospital Colorado ("Children's Colorado"), who after being duly sworn, states under oath the following facts:

## **BACKGROUND**

    1.     My name is Jeff Harrington. I am presently, and at all times relevant herein have been, the Chief Financial Officer at Children's Colorado.

    2.     I am over the age of 18 and have the requisite knowledge to make the following statements herein based upon my position of employment, knowledge, and experience.

    3.     In my capacity as Chief Financial Officer, I am responsible for all functions related to the Decision Support ("DS") and Operational Finance & Planning ("OFP") departments. DS and OFP functions include but are not limited to direct oversight of

Children's Colorado's cost accounting system and processes, system-wide financial analytics and cash flow analysis including pro forma development for clinical programs, and new hospital ventures. I am also responsible for supervising the system-wide annual planning and continuous planning processes, including financial planning processes.

4.      I am knowledgeable about and familiar with Children's Colorado's finances, including but not limited to its operating costs and other expenses, expected reimbursement, and financial projections and modeling.

5.      I am knowledgeable about and familiar with the proposed reimbursement methodology changes that became effective for outpatient services provided at cancer and children's hospitals on October 1, 2023, as stated in 88 Fed. Reg. 19844 *et seq.* (Apr. 4, 2023) (the "2023 Final Rule"), as issued by the Department of Defense ("DoD").

6.      Children's Colorado currently owns and operates a system of children's hospitals and other clinical locations, including children's hospitals and off campus locations located in Colorado Springs, Colorado ("Children's Colorado Springs") and Aurora, Colorado ("Children's Anschutz"). There is a single Tax ID for all locations. The various locations report up to these two hospitals.

## FINANCIAL IMPACT OF THE 2023 FINAL RULE

7.      I am knowledgeable about and familiar with the potential and expected financial impacts, including the potential and expected impacts to reimbursement under the TRICARE program, that the 2023 Final Rule will have on Children's Colorado.

8.      I have personally been involved in developing internal financial modeling for Children's Colorado projecting the fiscal impact that the 2023 Final Rule will have on

Children's Colorado's finances, including its reimbursement under the TRICARE program. This financial modeling is based on the proposed reimbursement methodology described in the 2023 Final Rule. Under the 2023 Final Rule, children's hospitals will now be compensated under new reimbursement rules developed by TRICARE, which are, in part, based on Medicare reimbursement rules. Specifically, the TRICARE rules rely on parts of the Medicare Outpatient Prospective Payment System ("OPPS") but fail to include the hold harmless monthly payments Medicare makes to Children's hospitals to compensate them for the difference between Medicare OPPS payments and the amounts they were previously paid.

9.     Children's Colorado and all pediatric hospitals have higher costs than hospitals serving Medicare patients or adults in general. Children's Colorado serves the most medically complex children in the region, which requires a higher staffing ratio than an adult system or a community hospital because of the high acuity levels of the children Children's Colorado treats.

10.    Unlike the Medicare payment schedule, TRICARE's reimbursement rules adopt an annual, not monthly, adjustments to compensate children's hospitals because TRICARE fails to reimburse them for even basic costs incurred in providing care to TRICARE beneficiaries. TRICARE will pay these hospitals, such as Children's Colorado, less than their costs and require the hospitals to cover the shortfall for an entire calendar year.

11.    At the end of the calendar year, TRICARE will make a payment to each hospital for what it claims is intended to be 100% of its "costs" according to its Medicare

cost-to-charge ratio developed from the Medicare Cost Report.  The cost-to-charge ratio, however, is not a complete or accurate reflection of Children's Colorado's actual costs, because many costs are not reported on a Medicare Cost Report.

12.     In 2020, Children's Colorado incurred approximately $142 million from additional hospital operating costs that are not allowed to be reported in the Medicare Cost Report. For example, hospitals incur costs related to providers' care for patients and costs for providers' administrative activities. Only administrative activities are reimbursable through the cost report.  While professional services are billable to TRICARE, the payment amount does not cover the full costs of ensuring access to pediatric specialized care. For 2020, approximately $90 million of physician cost attributed to facilitating access to specialized pediatric care was *un*allowable under the Medicare Cost Report. TRICARE's reliance on the Medicare Cost Report thus fails to accurately represent Children's Colorado's actual costs.

13.     Additionally, the Medicare Cost Report does not allow some of Children's Colorado's costs related to research, specialty pharmacy, dental care, and community outreach, yet these are all real and necessary costs that Children's Colorado's operations must sustain.

14.     Notwithstanding the information derived from the 2023 Final Rule described above, the lack of detailed information in the 2023 Final Rule regarding payment amounts arising from the new reimbursement rules, combined with children's hospitals' lack of infrastructure for handling Medicare claims (providers serving pediatric populations virtually never have to submit claims to Medicare except in extremely rare circumstances),

makes it difficult to project the exact financial impact of the 2023 Final Rule on Children's Colorado.

15.     One of the challenges that Children's Colorado has faced in its modeling, and which will also be a challenge in the implementation of the new reimbursement rules, is that Children's Colorado's coding of its claims has not been aligned with the way claims will be processed under TRICARE's new system. In other words, for certain claims, because of the way those claims are coded in the medical record, it not possible for Children's Colorado to calculate the difference in payment from the existing reimbursement methodology to the methodology contained within the 2023 Final Rule. Children's Colorado is currently devoting significant resources towards understanding and changing its systems in order to be able to bill under the new methodology.

16.     My team has engaged a third-party consultant, 3M, to assist with understanding billing requirements for the new TRICARE system.  We provided 3M with a set of claims previously submitted to TRICARE in order to have them run through a model of Medicare's OPPS.  The results were that a substantial portion of our claims would be rejected by the system.  While we can seek re-adjudication of rejected claims, the rejections will increase our losses, as well as increase our administrative costs in submitting claims.

17.     The fact remains that Children's Colorado does not possess detailed information about payment amounts and claim requirements under the new system. We have asked DoD for additional information. DoD has admitted that Children's Colorado will suffer nearly one third of all losses suffered by cancer and children's hospitals

nationwide under the reduction contained in the 2023 Final Rule. Specifically, DoD expects the economic impact of the proposal to adopt OPPS for cancer and children's hospitals to result in reduced payments to these providers, nationwide, of approximately $35 million annually. DoD has also stated to Children's Colorado that it believes Children's Colorado Springs will lose $9.6 million per year, and that Children's Anschutz will lose $1.8 million per year, or $11.4 million total per year under the 2023 Final Rule.

18.     Notably, Children's Colorado's internal financial modeling projects its TRICARE reimbursement will be reduced much more—between $12,858,925 to $17,440,468 depending upon whether its children's hospitals receive additional payments under the 2023 Final Rule's General Temporary Military Contingency Payment Adjustments ("GTMCPA"). As noted above, we believe these losses will also be increased by rejection of claims through the new system. DoD will not, however, answer questions regarding the new system or provide the underlying inputs for their calculations of the budgetary impact of the 2023 Final Rule.

19.     Children's Colorado measured the projected financial impact of the 2023 Final Rule by calculating the expected reimbursement by TRICARE for its Children's Colorado Springs and Children's Anschutz locations as described herein.

20.     Specifically, Children's Colorado calculated the expected reimbursement under the new rule by:

    a.     First, calculating the current reimbursement for Children's Colorado TRICARE patients for services provided to those patients as a

      percentage of gross revenue (i.e., dividing current expected reimbursement by current gross revenue).

    b.    Then, Children's Colorado identified the Cost to Charge Ratio from its most recent Medicare Cost Report.

    c.    The Cost to Charge Ratio was then used to calculate revenue as a percentage of gross revenue (i.e., by dividing current gross revenue by the Cost to Charge Ratio).

    d.    The new expected TRICARE reimbursement value was ascertained based on the difference between the current reimbursement (described in subparagraph (a)) and revenue (described in subparagraph (c)).

21.    Based on Children's Colorado's financial modeling, Children's Colorado Springs is projected to suffer a 42.95 % reduction in TRICARE reimbursement annually, or a loss of approximately $12,947,966 annually, while Children's Anschutz is projected to suffer a 25.18 % reduction in TRICARE reimbursement annually, or an additional loss of approximately $4,492,502 annually.  Together this amounts to a loss of $17,440,468 for Children's Colorado.  This is without factoring in potential additional payments that may apply under the 2023 Final Rule's GTMCPA.

### ADDITIONAL TEMPORARY CONTINGENCY PAYMENTS UNCERTAIN AND INSUFFICIENT TO PREVENT LOSSES

22.    Under the 2023 Final Rule, Children's Hospitals that meet specific GTMCPA criteria listed in the 2023 Final Rule will be eligible to receive up to 115 % of the hospital's costs for services reimbursed under the OPPS structure.  The specific criteria include that

(1) 10 % or more of the hospital's revenue is from TRICARE for care of active-duty service members ("ADSMs") or active-duty dependents ("ADDs"); (2) the hospital receives 10,000 or more TRICARE visits from ADSMs/ADDs annually; and (3) the hospital is deemed as "essential" for TRICARE operations. Under the new rule hospitals that meet these criteria will be eligible to receive *up to* 115 % of the hospital's costs for OPPS services, at DoD's discretion.

23.     However, Children's Colorado does not have sufficient information to conclude it is eligible for such discretionary GTMCPA payments. Children's Colorado does not have historical data regarding whether the TRICARE beneficiaries it has served were ADSMs or ADDs, or whether beneficiaries were retired service members or dependents of a retired service members, as that is not data Children's Colorado has ever had to collect for purposes of providing service to TRICARE beneficiaries.  That data has not been required for the prior TRICARE payment process, nor does Children's Colorado have any reason to treat these categories of beneficiaries differently, and therefore no need to record the information. For the dependents of retired service members, for reasons not explained by DoD, such a visit would not be counted towards the required 10,000 annual visits needed to qualify for GTMCPA under this criterion— even though DoD will be compensating providers for less than the costs of their care for treating these patients.

24.     Furthermore, there is no information in the 2023 Final Rule or elsewhere that explains the criteria for being "essential" for TRICARE. This final, completely

undefined requirement for receiving a GTMCPA leaves a complete lack of certainty as to whether *any* hospital will receive a GTMCPA payment.

25.     In conversations with DoD, despite DoD providing little information otherwise, DoD did inform Children's Colorado that Children's Anschutz has historically not received 10,000 or more TRICARE visits from ADSMs/ADDs annually, but Children's Colorado has no way to verify this information. Suffice it to say Children's Anschutz is highly unlikely to receive a GTMCPA payment, and any potential GTMCPA payment to Children's Colorado Springs would be entirely discretionary.

26.     Nevertheless, even if Children's Colorado Springs and Children's Anschutz would qualify for additional GTMCPA payments, *and* DoD were to exercise its discretion to pay the full amount allowable and not some smaller amount, Children's Colorado projects that Children's Colorado Springs and Children's Anschutz will still suffer significant reductions in TRICARE reimbursement.  And, the GTMCPA payments still would not cover Children's Colorado's costs such that Children's Colorado would have to make cuts to care.  Specifically, Children's Colorado Springs will still suffer a 34.39 % reduction in TRICARE reimbursement, or a loss of approximately $10,368,275, while Children's Anschutz is projected to suffer a 13.96 % reduction in TRICARE reimbursement, or a loss of approximately $2,490,650.

27.     The GTMCPA-adjusted reimbursement projections were calculated by computing possible GTMCPA payments and subtracting those payments from the projected reductions in reimbursement described in Paragraph 19 above. Specifically, the possible GTMCPA payments for Children's Colorado Springs and Children's Anschutz

were calculated by taking the current outpatient Cost to Charge Ratio ("OP CCR") and then adding 15% to that calculated rate (OP CCR x 115%).

28.     Overall, the projected negative financial impact to Children's Colorado across its entire health system resulting cuts to TRICARE reimbursement based on the 2023 Final Rule is at least $12,858,925 annually, *if* Children's Colorado receives the full possible GTMCPA payments to Children's Colorado Springs and Children's Anschutz. Without the benefit of the GTMCPA payments, Children's Colorado will suffer the approximate combined loss of $17,440,468 loss noted in paragraph 19 above.

29.     Children's Colorado has been forced to consider becoming an out-of-network provider for the TRICARE program.  If this occurs, Children's Colorado will treat fewer children with TRICARE coverage, and for those children there will be higher out of pocket costs for their families and increased wait times. TRICARE children will have significantly reduced access to specialty pediatric care.

30.     In general, Children's Colorado operates on very tight margins system wide. Children's Colorado's operating margins for its entire system of care were 4.8 % in 2022, 6.1 % in 2021, and 2.7 % in 2020, all inclusive of federal COVID-19 relief funds.

31.     Through our last calculation in March 2023, Children's Colorado's had a system-wide operating loss totaling $10.6 million.

32.     The operating margin for Children's Colorado Springs was minus 28.1 % in 2019, minus 1.8 % in 2020, 5.1% in 2021 and minus 4.3% in 2022. Through June 2023, the operating margin in Colorado Springs was minus 6.0 %.

33.     Children's Colorado has roughly $120 million in capital reinvestment needs on an annual basis. These needs include, but are not limited to, funding for medical and diagnostic equipment, facilities maintenance, and renovations that ensure that Children's Colorado's facilities meet the regulatory requirements and the needs of our patients and providers. When Children's Colorado is unable to operate with positive margins, Children's Colorado is forced to forego these capital reinvestments, which results in a dangerous accumulation of costly facility and equipment needs that are not easily met in subsequent years.

34.     Margins, if any, we retain for a given year are used for community programs. This includes, but is not limited to, financial assistance for patients who are uninsured or underinsured and can demonstrate financial need; community health improvement; health professional education; research; subsidized health services; and various other efforts to address community health.

35.     Children's Colorado subsidizes the provision of certain types of care for which there is a great community need, but which are only able to be provided at a net loss, such as behavioral health services. Without adequate reimbursement Children's Colorado cannot subsidize this care.

36.     By way of additional example, Children's Colorado's outpatient care clinic at Briargate, Colorado Springs, generally operates at losses of over $1 million per month. The clinic houses a vast array of services, including specialists, advanced diagnostics, and imaging. The clinic is critical to the provision of care to patients, including thousands of TRICARE pediatric beneficiaries, in Colorado Springs.

37.     Generally, Children's Colorado is able to operate the Children's Colorado Springs hospital at a loss by spreading losses across our system.  This practice will not be possible under the new TRICARE reimbursement methodology. In addition, our losses may lead to the downgrading of our credit rating. A credit downgrade increases interest costs on existing debt and increases costs to borrow capital to support operations or reinvestments, further worsening our situation.

38.     If the 2023 Final Rule is stays in place, we expect to operate at a loss system-wide and will thus have to cut programs and services to the dependents of military service members and the community as a whole.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _10th_ day of October, 2023

_____

Jeff Harrington
Chief Financial Officer
Children's Hospital Colorado