IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

| | |
|---|---|
| CHILDREN'S HOSPITAL COLORADO,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE and LLOYD AUSTIN III, in his official capacity as Secretary of Defense, U.S. Department of Defense.,<br><br>Defendants. | Case No. 1:23-cv-02561-NYW |

**DEFENDANTS' MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to D. C. Colo. LAPR 16.1(c) and this Court's Minute Order (ECF No. 20) directing submission of dispositive briefing, Defendants respectfully submit this motion for judgment on the administrative record on the grounds that: the challenged agency action is neither in excess of Defendants' statutory authority nor contrary to law; and the administrative record establishes that the challenged agency action is not arbitrary, capricious, or an abuse of discretion.

DATED: November 16, 2023                    Respectfully submitted,

1

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

TERRY M. HENRY
Assistant Branch Director

/s/ Alexander W. Resar
ALEXANDER W. RESAR
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:   (202) 616-8188
E-mail:   alexander.w.resar@usdoj.gov

*Counsel for Defendants*

## **Certificate of Service**

On November 16, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, District of Colorado, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Alexander W. Resar