# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLORADO

<table>
<tr>
<td>

CHILDREN'S HOSPITAL COLORADO,

          Plaintiff,

    v.

U.S. DEPARTMENT OF DEFENSE and
LLOYD AUSTIN III, in his official capacity
as Secretary of Defense, U.S. Department of
Defense.,

          Defendants.

</td>
<td>

Case No. 1:23-cv-02561-NYW

</td>
</tr>
</table>

## DECLARATION OF ELAN P. GREEN

1.      My name is Elan P. Green, and I am a Supervisory Health System Specialist for the Medical Benefits & Reimbursement Section, Health Plan Design Branch, TRICARE Health Plan Division, of the Defense Health Agency (DHA or Agency), which is an agency within the Department of Defense (DoD).  One of the DHA's responsibilities is to administer the TRICARE Program, a health care program established by statute for beneficiaries who are eligible based on their connection to the Uniformed Services.

2.      In my role as Supervisory Health System Specialist, my duties include serving as Chief of the Medical Benefits and Reimbursement Section.  The mission of that office is to develop fiscally responsible and state-of-the-science health care policy affecting TRICARE through identifying, researching, and formulating medical benefit coverage, reimbursement systems and administrative program policies pertaining to, *e.g.*, eligibility, provider certification, and special programs.  I have served in this capacity since late 2017 to the present.

3.      I make the following declaration under Section 1746 of Title 28 of the United States

Code.  I am aware that this declaration will be filed with the United States District Court for the

District of Colorado in support of DoD's Motion for Judgment on the Administrative Record and

Opposition to Plaintiff's Motion for a Preliminary Injunction.  This declaration primarily addresses

Plaintiff's request for a preliminary injunction that halts the application of the challenged rule

("TRICARE; Reimbursement of Ambulatory Surgery Centers and Outpatient Services Provided in

Cancer and Children's Hospitals," 88 Fed. Reg. 19,844 (Apr. 4, 2023)) as to children's hospitals.[1]

The final rule was effective on October 1, 2023.  In the six weeks since the rule went into effect, the

agency has taken steps to implement the provisions of this final rule. The requested injunction, if

granted, would cause significant harm to the DoD and the public, to other cancer and children's

hospitals (CCHs), and to TRICARE beneficiaries, as described in this declaration.

**A.      GRANTING THE INJUNCTION WILL RESULT IN SUBSTANTIAL HARM,
         BOTH ADMINISTRATIVE/LOGISTICAL AND ECONOMIC, TO DHA,
         OTHER CCHS, AND TRICARE BENEFICIARIES.**

**1.   ECONOMIC AND ADMINISTRATIVE BURDEN TO DHA**

4.      The requested injunction would require the Agency to partially retract a final rule

that is already in effect and is being implemented.  Among other actions to implement the rule, the

Agency added Revision C-71 to the TRICARE Reimbursement Manual, 6010.61-M, with

instructions and procedures for implementing the final rule, to its public-facing Health.mil website

(https://manuals.health.mil/pages/DisplayManual.aspx?SeriesId=REIMBRSMT&TR15=71#).

---

[1] The challenged rule does not distinguish between cancer and children's hospitals for purposes of
adopting the payment methodology outlined.  Accordingly, this declaration assesses the implications
of an injunction as to that single category of providers.  This declaration does not, however, address
implications for reimbursement of ambulatory surgery centers because the methodology adopted in
the portion of the final rule concerning ambulatory surgery centers is not linked to cancer and
children's hospitals.

Halting implementation of the final rule now that it has already gone into effect would result in administrative and logistical burden and economic and resource costs. The ultimate costs to the Agency, and the public, of halting the implementation of the final rule now that it is currently underway are difficult to forecast given the myriad variables at play. However, based upon an independent expert's forecast[2] of estimated implementation costs, it may be reasonable to estimate the purely administrative impact to the Agency of halting implementation of the rule and re-implementing the previous rule to be as much as $1 million. *See* Administrative Record ("AR") at 123 (2017 independent expert report assessing that DHA would likely need to pay the MCSC's "about $1 million" to implement the CCH change). An additional administrative burden may involve maintenance of legacy fee schedules, which will require agency time and attention.

5.      Additionally, the Agency reasonably anticipates that the final rule will result in significant cost savings for the government. *See* AR217-19 (independent expert report assessing likely financial impact of rule on CCHs resulting in approximately $35M per year savings in health care costs (2021 dollars)). Halting the implementation of the final rule now would deprive the Agency of those anticipated cost-savings, resulting in harm to the Agency and to the public.

6.      To assist in estimating the likely cost impacts of the final rule, the Agency relied upon the analysis of Kennell and Associates, Inc. (Kennell), "a research and consulting firm specializing in healthcare policy analysis of Federal healthcare programs and private sector organizations" (https://www.kennellinc.com/).

---

[2] These reports were prepared by Kennell and Associates, Inc., an independent expert specializing in healthcare policy analysis of Federal healthcare programs and private sector organizations, whose research and consulting services were retained by the Agency. Although the Agency has relied, and continues to rely, upon Kennell's research and consulting expertise in preparing these reports, and to the best of my knowledge and belief they are accurate, I was not personally involved in preparing the Kennell reports or the Kennell tables cited herein.

7.      In a 2022 Estimated Cost Impact Report prepared prior to the issuance of the final

rule, Kennell estimated the reduction in allowed amounts resulting from the proposed rule upon

selected hospital outpatient department (HOPD) services in CCHs would be approximately

$36M (2021 dollars) per year, as follows:

**Table 1**

**Impact of Reimbursement Changes on TRICARE Allowed Amounts for Selected HOPD Services in Children's and Cancer Hospitals, 2021**

| Category | 2021 Current Policy | | | A/B Ratio Under Revised Reimbursement Policy | Estimated Reduced Allowed Amounts |
|---|---|---|---|---|---|
| | Billed | Allowed | A/B Ratio | | |
| Supplies | $44.5M | $18.3M | 0.41 | 0.13 | $13M |
| Other | $211.5M | $100.6M | 0.48 | 0.28 | $44M |
| Surgeries & Devices | $156.8M | $54.9M | 0.35 | 0.4 | -$8M |
| Radiology | $111.2M | $17.2M | 0.16 | 0.27 | $-13M |
| Total | $524M | $191M | 0.36 | 0.30 | $36M |

Notes: 1) Negative amounts indicate increased TRICARE costs.
2) Amounts for 2021 were annualized based upon data for January-June 2021.
3) Other includes ER and other E&M/outpatient visits, plus other medical services such as chemotherpay, mental health, injection/infusion administration, plus pathology services.

AR219.  If the rule is halted as to CCHs, the Agency would not realize that estimated $35M in

savings through reduced allowed amounts.[3]

## 2. HARM TO CCHS

8.      In his Declaration supporting Plaintiff's motion for an injunction halting

implementation of the final rule, Mr. Jeff Harrington stated that "Children's Colorado is currently

devoting *significant resources* towards understanding and changing its systems in order to be able to bill

under the new methodology."  ECF No. 13-2 ("Harrington Decl.") ¶ 15 (emphasis added).  While

---

[3] The final Kennell Updated Cost Impact Report explains why the estimated cost reduction to the Government would be $35M, as follows:  "As shown in Table 1, the proposal for Cancer and Children's hospitals would have reduced TRICARE allowed amounts by $36M if it had been adopted in 2021.  This reduction can be divided into $1M savings in beneficiary cost sharing and $35M in reduced hospital payments."  AR217.

the final rule will impact different hospitals differently – each hospital has a different mix of services, is a different size, and possesses different geographic characteristics – it is reasonable to assume that all affected CCHs are expending or have already expended "significant resources" to align their systems to bill under the new rule.  The requested injunction, if granted, may not only deprive the other CCHs that are currently implementing the final rule of the benefit of their own "significant resources," it may require them to expend further resources to re-implement the outdated, legacy systems that the final rule replaced.  That may harm other CCHs.

9.      Additionally, in its August 1, 2017 Updated Cost Estimate Report, Kennell analyzed the impact of proposed payment changes on the 25 largest TRICARE CCHs (in estimated 2015 dollars), as shown in the following table from the 2017 Updated Cost Estimate Report:

### Table 2

**Impact of Proposed Payment Changes on 25 Largest TRICARE Childrens/Cancer Hospitals**
**(estimated CY15 dollar amounts in millions)**

| Name | Location | Billed Charges | Current Allowed Charges | Ratio of Allowed/ Billed | Estimated Costs | Proposed Allowed Amount | Change in Allowed Amount | CCR | Ratio of Proposed Allowed to Billed | Ratio of Proposed Allowed to Current Allowed |
|---|---|---|---|---|---|---|---|---|---|---|
| CHILDRENS HOSPITAL | NORFOLK, VA | $41.0 | $16.8 | 0.41 | $8.4 | $9.0 | -$7.8 | 0.206 | 0.22 | 0.54 |
| CHILDRENS HOSPITAL | AURORA, CO | $30.4 | $13.4 | 0.44 | $10.8 | $10.8 | -$2.6 | 0.356 | 0.36 | 0.81 |
| RADY CHILDRENS HOSPITAL | SAN DIEGO, CA | $34.9 | $10.6 | 0.30 | $10.2 | $10.2 | -$0.4 | 0.293 | 0.29 | 0.96 |
| U OF TX MD ANDERSON | HOUSTON, TX | $35.5 | $9.9 | 0.28 | $13.3 | $13.3 | $3.4 | 0.374 | 0.37 | 1.34 |
| MARY BRIDGE CHILDRENS | TACOMA, WA | $15.9 | $8.5 | 0.53 | $8.7 | $8.7 | $0.2 | 0.547 | 0.55 | 1.02 |
| H LEE MOFFITT CANCER HOSP | TAMPA, FL | $35.9 | $7.7 | 0.21 | $8.1 | $8.1 | $0.4 | 0.225 | 0.23 | 1.05 |
| TEXAS CHILDRENS HOSPITAL | HOUSTON, TX | $10.6 | $5.7 | 0.54 | $3.3 | $3.3 | -$2.4 | 0.307 | 0.31 | 0.58 |
| SEATTLE CHILDRENS HOSPITAL | SEATTLE, WA | $14.9 | $5.3 | 0.36 | $5.4 | $5.4 | $0.1 | 0.366 | 0.36 | 1.02 |
| NATIONWIDE CHILDRENS HOSPITAL | COLUMBUS, OH | $8.5 | $4.2 | 0.49 | $3.2 | $3.2 | -$1.0 | 0.380 | 0.38 | 0.76 |
| CHILDRENS MEDICAL | DAYTON, OH | $6.1 | $3.8 | 0.62 | $3.2 | $3.2 | -$0.6 | 0.534 | 0.52 | 0.84 |
| COOK FT WORTH CHILDRENS | FORT WORTH, TX | $10.0 | $3.8 | 0.38 | $4.3 | $4.3 | $0.5 | 0.430 | 0.43 | 1.13 |
| CHILDRENS MERCY SO | KANSAS CITY, MO | $15.9 | $3.7 | 0.23 | $7.2 | $7.2 | $3.5 | 0.454 | 0.45 | 1.95 |
| CHOA-EGLESTON | ATLANTA, GA | $7.7 | $3.5 | 0.45 | $2.2 | $2.2 | -$1.3 | 0.284 | 0.29 | 0.63 |
| CHILDRENS NATIONAL | FAIRFAX, VA | $9.1 | $3.5 | 0.38 | $3.7 | $3.7 | $0.2 | 0.404 | 0.41 | 1.06 |
| CHILDRENS NATIONAL | CINCINNATI, OH | $9.5 | $3.3 | 0.35 | $3.9 | $3.9 | $0.6 | 0.407 | 0.41 | 1.18 |
| ALL CHILDRENS HOSPITAL | ST PETERSBURG, FL | $9.1 | $3.2 | 0.35 | $3.9 | $3.9 | $0.7 | 0.431 | 0.43 | 1.22 |
| CHILDRENS HOSPITAL | PHILADELPHIA, PA | $14.3 | $3.2 | 0.22 | $3.9 | $3.9 | $0.7 | 0.272 | 0.27 | 1.22 |
| JAMES CANCER HOSPITAL | COLUMBUS, OH | $5.5 | $3.1 | 0.56 | $1.4 | $1.4 | -$1.7 | 0.255 | 0.25 | 0.45 |
| ST. LOUIS CHILDRENS | SAINT LOUIS, MO | $8.7 | $3.0 | 0.34 | $3.5 | $3.5 | $0.5 | 0.396 | 0.40 | 1.17 |
| CHILDRENS MEDICAL | DALLAS, TX | $6.2 | $2.8 | 0.45 | $1.5 | $1.5 | -$1.3 | 0.250 | 0.24 | 0.54 |
| EL PASO CHILDRENS | EL PASO, TX | $13.1 | $2.6 | 0.20 | $4.3 | $4.3 | $1.7 | 0.328 | 0.33 | 1.65 |
| PHOENIX CHILDRENS | PHOENIX, AZ | $11.2 | $2.4 | 0.21 | $3.1 | $3.1 | $0.7 | 0.280 | 0.28 | 1.29 |
| ARKANSAS CHILDRENS | LITTLE ROCK, AR | $5.7 | $2.3 | 0.40 | $3.8 | $3.8 | $1.5 | 0.680 | 0.67 | 1.65 |
| CHILDRENS HOSPITAL | BIRMINGHAM,AL | $7.0 | $2.3 | 0.33 | $3.1 | $3.1 | $0.8 | 0.442 | 0.44 | 1.35 |
| FRED HUTCHISON CANCER | SEATTLE, WA | $5.9 | $2.2 | 0.37 | $2.7 | $2.7 | $0.5 | 0.451 | 0.46 | 1.23 |
| | | $372.6 | $130.8 | 0.35 | $127.1 | $127.7 | -$3.1 | 0.341 | 0.34 | 0.98 |

AR117. As noted previously, each hospital is different and would be impacted by the proposed rule differently. But Kennell nonetheless estimated that 16 of the 25 largest TRICARE CCHs would receive increased payments under the modified reimbursement system that was ultimately adopted in the final rule. That is because the TRICARE allowed amounts those 16 hospitals were receiving from TRICARE prior to the final rule were less than the payment amounts those 16 hospitals would receive under the modified reimbursement system that was ultimately adopted in the final rule for the services provided, as the above table demonstrates. In the same analysis, Kennell also noted that cancer hospitals were paid less than costs under the old system, meaning that an injunction may disproportionately harm cancer hospitals that stand to potentially receive higher payments under the new system. *See* AR111 ("The cancer hospitals represented 17 percent of the overall allowed charges and were paid only 27 percent of billed charges (versus a CCR of .30), whereas children's hospitals were paid 37 percent of billed charges (versus a CCR of .35). So currently, cancer hospitals are being paid less than costs while children's are being paid more than costs.")

      10.     In June 2023, after Plaintiff raised concerns regarding its reimbursement amounts, the Agency instructed Kennell to conduct further analysis to assess the basis on which Plaintiff was claiming the final rule would cause significant revenue declines. Accordingly, Kennell updated its impact analysis. Kennell estimated that Plaintiff would likely experience a $9.6M loss in revenue, representing a 61 percent decrease in the TRICARE-allowed amounts, as shown in the following Kennell spreadsheet "Impact for 36 CCHs_Updated" below:

| Obs | Type | MCR ID | Tax ID | 2023 OPSF CCR | HospName | HospCity | HospState | Zip | Annual Outpatient Allowed ($M) | Annual Change in Allowed Amount ($M) | Total Hospital Revenue ($M) | Percentage Change in Allowed Amount | Change in Allowed Amount as a Percentage of Revenue |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Childrens | 493301 | 540506321 | 0.281 | CHILD HSP OF KINGS DAUGHTER | Norfolk | VA | 23507 | 21.40 | -6.6 | 1200 | -31% | -0.55% |
| 2 | Childrens | 063303 | 840166760 | 0.261 | CHILDRENS HOSPITAL COLORADO | Colorado Springs | CO | 80920 | 15.80 | -9.6 | 600 | -61% | -1.60% |
| 3 | Childrens | 053300 | 940382330 | 0.266 | RADY CHILDREN'S HOSPITAL | San Diego | CA | 92123 | 14.60 | -4.6 | 2800 | -32% | -0.16% |
| 4 | Cancer | 450076 | 746001118 | 0.317 | MD Anderson Cancer | Houston | TX | 77030 | 11.20 | 1 | | 9% | |
| 5 | Childrens | 063301 | 840166760 | 0.266 | CHILDRENS HOSPITAL COLORADO - ANSCHUTZ MEDICAL CAMPUS | Aurora | CO | 80045 | 8.80 | -1.8 | 3400 | -20% | -0.05% |
| 6 | Childrens | 503301 | 911352172 | 0.547 | MARY BRIDGE CHILDRENS HOSPITAL | Tacoma | WA | 98405 | 7.60 | 0.2 | 2500 | 3% | 0.01% |
| 7 | Childrens | 263302 | 440605373 | 0.418 | CHILDRENS MERCY ADELE HALL CAMPUS | Independence | MO | 64057 | 6.80 | -0.2 | 300 | -3% | -0.07% |
| 8 | Childrens | 453313 | 263075429 | 0.170 | El Paso Children's | El Paso | TX | 79905 | 6.00 | -4 | 400 | -67% | -1.00% |
| 9 | Childrens | 113300 | 580572412 | 0.234 | EGLESTON HOSPITAL | Atlanta | GA | 30322 | 5.40 | -3 | 1800 | -56% | -0.17% |
| 10 | Childrens | 033302 | 860422559 | 0.201 | PHOENIX CHILDRENS HOSPITAL | Phoenix | AZ | 85016 | 5.20 | -2.2 | 3200 | -42% | -0.07% |
| 11 | Childrens | 453300 | 752051646 | 0.258 | COOK FT WORTH CHLD MED | Fort Worth | TX | 76104 | 4.60 | -1.8 | 2700 | -39% | -0.07% |
| 12 | Childrens | 453304 | 741100555 | 0.254 | TEXAS CHILDRENS HOSPITAL | Houston | TX | 77030 | 4.60 | -0.6 | 5800 | -13% | -0.01% |
| 13 | Childrens | 093300 | 530196580 | 0.260 | CHILDRENS HOSPITAL NMC | Washington | DC | 20010 | 4.60 | -1 | 2800 | -22% | -0.04% |
| 14 | Childrens | 453315 | 741109665 | 0.269 | CHRISTUS SANTA ROSA HEALTH CARE | San Antonio | TX | 78207 | 4.40 | 0.4 | 1000 | 9% | 0.04% |
| 15 | Childrens | 503300 | 910564748 | 0.505 | SEATTLE CHILDRENS HOSPITAL | Federal Way | WA | 98105 | 4.20 | 0.8 | 3000 | 19% | 0.03% |
| 16 | Childrens | 113301 | 580572465 | 0.271 | SCOTTISH RITE CHILDRENS MED CT | Atlanta | GA | 30342 | 3.60 | -1.6 | 1800 | -44% | -0.09% |
| 17 | Childrens | 393303 | 231352166 | 0.162 | THE CHILDREN'S HOSPITAL OF PHILADELPHIA | Philadelphia | PA | 19104 | 3.60 | -0.4 | 6600 | -11% | -0.01% |
| 18 | Childrens | 123300 | 990177350 | 0.315 | KAPIOLANI MEDICAL CTR WMN & CH | Honolulu | HI | 96826 | 3.40 | -1.2 | 800 | -35% | -0.15% |
| 19 | Childrens | 363300 | 310833936 | 0.360 | CINCINNATI CHILDREN'S HOSPITAL MED CTR | Cincinnati | OH | 45229 | 3.40 | 0 | 3500 | 0% | 0.00% |
| 20 | Childrens | 453302 | 750800628 | 0.271 | CHILDREN'S MEDICAL CENTER DALLAS | Dallas | TX | 75235 | 3.20 | -1.2 | 2700 | -38% | -0.04% |
| 21 | Childrens | 363306 | 310672132 | 0.534 | DAYTON CHILDREN'S HOSPITAL | Dayton | OH | 45404 | 2.80 | 1.8 | 700 | 64% | 0.26% |
| 22 | Cancer | 500138 | 911935159 | 0.399 | Fred Hutchinson Cancer | Seattle | WA | 98109 | 2.60 | 0.6 | | 23% | |
| 23 | Childrens | 363305 | 314379441 | 0.380 | NATIONWIDE CHILDREN'S HOSPITAL | Columbus | OH | 43205 | 2.60 | 0 | 3300 | 0% | 0.00% |
| 24 | Childrens | 043300 | 710236857 | 0.441 | ARKANSAS CHILDRENS HOSPITAL | Little Rock | AR | 72202 | 2.60 | 0 | 1100 | 0% | 0.00% |
| 25 | Childrens | 013300 | 630307306 | 0.429 | CHILDRENS HOSPITAL OF ALABAMA | Birmingham | AL | 35233 | 2.60 | 0.4 | 1500 | 15% | 0.03% |
| 26 | Childrens | 453301 | 742577746 | 0.371 | DRISCOLL CHILDRENS | Corpus Christi | TX | 78411 | 2.40 | 0.8 | 1000 | 33% | 0.08% |
| 27 | Childrens | 263301 | 430654870 | 0.324 | ST LOUIS CHILDREN'S HOSPITAL | St Louis | MO | 63110 | 2.40 | 0.2 | 1500 | 8% | 0.01% |
| 28 | Childrens | 053305 | 770003859 | 0.218 | LUCILE PACKARD CHILDRENS HOSPITAL | Palo Alto | CA | 94304 | 2.20 | 0.4 | 6800 | 18% | 0.01% |
| 29 | Childrens | 453310 | 741109643 | 0.409 | DELL CHILDRENS MEDICAL CENTER | Austin | TX | 78723 | 2.20 | -0.6 | 1400 | -27% | -0.04% |
| 30 | Childrens | 363304 | 340714357 | 0.544 | CHILDREN'S HOSPITAL MED CENTER OF AKRON | Akron | OH | 44308 | 2.20 | 0.2 | 2100 | 9% | 0.01% |
| 31 | Childrens | 103304 | 590634433 | 0.346 | NEMOURS CHILDRENS HOSPITAL | Orlando | FL | 32827 | 2.20 | -0.2 | 700 | -9% | -0.03% |
| 32 | Childrens | 463313 | 942854057 | 0.379 | PRIMARY CHILDRENS MEDICAL CENTER | Salt Lake City | UT | 84113 | 2.00 | -0.4 | 1300 | -20% | -0.03% |
| 33 | Childrens | 173300 | 440605373 | 0.434 | Children's Mercy | Overland Park | KS | 66212 | 2.00 | 0.3 | | 15% | |
| 34 | Childrens | 053304 | 952321786 | 0.177 | CHILDRENS HOSPITAL OF ORANGE COUNTY | Orange | CA | 92868 | 2.00 | -0.8 | 3100 | -40% | -0.03% |
| 35 | Childrens | 103300 | 590683252 | 0.160 | ALL CHILDRENS HOSP INC | Saint Petersburg | FL | 33701 | 2.00 | 0 | 1600 | 0% | 0.00% |
| 36 | Childrens | 223302 | 042774441 | 0.402 | CHILDRENS HOSPITAL | Boston | MA | 02115 | 2.00 | 0.2 | 2800 | 10% | 0.01% |
| 37 | Childrens | 083300 | 590634433 | 0.304 | NEMOURS DUPONT HOSPITAL FOR CHILDREN | Wilmington | DE | 19803 | 1.60 | 0.2 | 1200 | 13% | 0.02% |

Ex. 1.  Kennell estimated, however, that some of the other CCHs assessed would receive increases in revenue under the new rule.  In July 2023, Kennell analyzed the data set further to assess the estimated impact of the final rule's TRICARE HOPD Reimbursement Change on 34 Large Children's Hospitals, as shown in the following Kennell Table 2, "Impact of TRICARE HOPD Reimbursement Change on 34 Large Children's Hospitals," below:

| Table 2 | |
|---|---|
| **Impact of TRICARE HOPD Reimbursement Change on 34 Large Children's Hospitals** | |
| *(Change in TRICARE Allowed Amounts as a % of Total Hospital Revenues)* | |
| **Range** | **Number of Hospitals** |
| Increase of 0.1% or more | 1 |
| Increase of 0.03% - 0.09% | 4 |
| Decrease of 0.02% - Increase of 0.02% | 12 |
| Decrease of 0.03% - 0.09% | 11 |
| Decrease of 0.10% or more | 6 |
| **Total** | **34** |

Note: Based on TRICARE allowed amounts for HOPD claims for the January - June 2021 period. Total hospital revenues use publicly-available data from 2022.

Ex. 2 at Table 2.

11.     Based on the foregoing analysis, it is likely that some of the affected CCHs will likely experience increased revenue under the new rule.  The requested injunction, if granted, may deprive those CCHs of any such increased revenue.

12.     Additionally, the challenged rule makes available General Temporary Military Contingency Payment Adjustments (GTMCPAs) to allow CCHs to receive payments in excess of their costs to ensure continued access to covered services for TRICARE beneficiaries.  AR23.  Specifically, through GTMCPAs, eligible cancer and children's hospitals could receive 115% percent of the hospital's costs for covered services.  AR23.  If the requested injunction were granted, eligible CCHs would also be denied the opportunity to receive those discretionary payments.  The requested injunction, if granted, would deprive eligible CCHs of any such increased revenue derived from GTMCPAs.

8

### 3. HARM TO BENEFICIARIES

14.     If a hospital is not in the TRICARE network, certain beneficiaries are subject to percentage-based cost-shares, meaning that their cost-share is a percentage of the allowed amount. In some cases, due to the transition of the allowed amount being based on the billed charge to the system used in the final rule, it is reasonable to assume that some of these beneficiaries would have seen lower cost-shares under the final rule.  If an injunction were granted, these beneficiaries may continue to pay higher cost-shares than they otherwise would have.

15.     Precise estimation of the adverse harm to TRICARE beneficiaries that would result from an injunction halting implementation of the final rule is difficult given the nationwide scope of the shared harm and the myriad factors and variables that could drive beneficiaries' cost experiences. It is possible, however, that if the injunction is granted then beneficiaries obtaining care from non-network providers will be harmed by reverting to higher copayments calculated as a percentage of billed charges, which can be higher than the allowed amounts under the final rule.

### B.     THE JULY 2023 COST IMPACT ANALYSIS SUGGESTS THAT THE HARM CHILDREN'S HOSPITAL COLORADO CLAIMS IS A RESULT OF THEIR OWN BILLING PRACTICES.

16.     The July 2023 updated cost impact analysis conducted by Kennell after Plaintiff raised concerns regarding its reimbursement amounts under the final rule in the summer of 2023 indicated that Plaintiff's revenue would decline because Plaintiff was receiving payments for certain services in amounts that exceeded both the costs that Plaintiff incurred to provide those services and the average amounts that other large children's hospitals received.  This is shown in Kennell Table 3, "Comparison of TRICARE Allowed Amounts for ER Visits at Children's Hospital of Colorado at Colorado Springs with 34 Other Large Children's Hospitals, FY23," below:

9

| Table 3 |
| --- |

| Comparison of TRICARE Allowed Amounts for ER Visits at Children's Hospital of Colorado at Colorado Springs with 34 Other Large Children's Hospitals, FY23 |
| --- |

| ER Visit Code | Number of Visits | | Average Allowed Amount | | Ratio of Average Allowed Amount at COS to All Others |
| --- | --- | --- | --- | --- | --- |
| | COS | All Other | COS | All Other | |
| 99281 | 1,146 | 622 | $508 | $420 | 1.21 |
| 99282 | 1,600 | 3,720 | $1,471 | $692 | 2.13 |
| 99283 | 2,075 | 13,528 | $2,875 | $1,281 | 2.24 |
| 99284 | 715 | 7,664 | $4,550 | $1,862 | 2.44 |
| 99285 | 94 | 6,232 | $10,945 | $2,824 | 3.88 |

Note:1) COS is Children's Hospital of Colorado at Colorado Springs. 2) Based on analysis of paid non-OHI HOPD claims from October 2022 to June 2023 (The number of visits for FY23 is incomplete because some claims have not yet been processed and some have not yet been incurred).

Ex. 3.  Table 3 provides a comparison of Plaintiff's data on allowed amounts (which are the

amounts Plaintiff received under the old rule and are based on Plaintiff's billed charges) for five

specific emergency room visit codes compared to their respective averages across 34 other large

children's hospitals.   Kennell Table 3 excludes professional charges, meaning the charges paid to

medical professionals for the services provided.  It also does not include other charges, for example,

for supplies.  The following codes, appearing in Table 3, identify evaluation and management

services specific to an ED:

    - 99281    Emergency department visit for the evaluation and management of a patient that may not require the presence of a physician or other qualified health care professional.

    - 99282    Emergency department visit for the evaluation and management of a patient, which requires a medically appropriate history and/or examination and straightforward medical decision making.

    - 99283    Emergency department visit for the evaluation and management of a patient, which requires a medically appropriate history and/or examination and low medical decision making.

- 99284     Emergency department visit for the evaluation and management of a patient which requires a medically appropriate history and/or examination and moderate medical decision making.

- 99285     Emergency department visit for the evaluation and management of a patient, which requires a medically appropriate history and/or examination and high medical decision making.

The average amounts that Plaintiff received for 99281 are only about 21 percent greater than the average. The other codes, however, are far more concerning: the amounts that Plaintiff received are between 200 percent and 380 percent more than the average of the 34 other large children's hospitals assessed. For example, under ER Code 99285 the average allowed amount for the highest acuity visit at Children's Hospital of Colorado was nearly $11,000, while the average across 34 other large children's hospitals was just $2,800. The comparison between Plaintiff's average allowed amounts and 34 other large children's hospitals average allowed amounts under ER Codes 99282 and 99283 also indicate a pronounced disparity. Plaintiff was allowed, on average, $1,471 and $2,875 for such services when 34 other large children's hospitals were allowed, on average, $692 and $1,281. This comparison shows that for all five of these billing codes, Plaintiff was receiving significantly more than 34 other large children's hospitals. Indeed, for four of these five billing codes, Children's Hospital Colorado was receiving 2.13 to 3.88 times the average amount received by 34 other large children's hospitals.

17.     Prior to the issuance of the challenged final rule, payment to hospitals for certain facility charges were made on the basis of what the hospital billed. The billed amount generally represents multiples of the actual cost to render the care because it is the amount the hospital requests for a particular service and is not typically reflective of the amounts actually paid by health insurance companies, other Government payers like TRICARE and Medicare, or even private individuals. Thus, it is reasonable to conclude that those hospitals who had the highest billed charges

11

relative to their costs may see the highest perceived "losses", while those hospitals whose billed charges more closely approximated their costs may see smaller declines in revenue. As described in this declaration, Children's Hospital, Colorado, Colorado Springs location had allowed amounts (based on the legacy system of paying on the basis of "billed charges") that could be up to 380 percent more than the average large Children's hospital. The comparison of Plaintiff's average allowed amounts for these specific services to the averages allowed by the 34 other large children's hospitals suggests that Plaintiff's alleged "losses" are the result of its own billing practices.

I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 16th day of November 2023.

ELAN P. GREEN
Defense Health Agency

Exhibits (2):
1. Excel Workbook, Impact for 36 CCHs_Updated CCR_060923, Kennell, dtd. Jun. 9, 2023.
2. Excel Workbook, Children's and Cancer Tables Under New Method, Kennell, dtd. Jul. 27, 2023 (Table 2, Impact of TRICARE HOPD Reimbursement Change on 34 Large Children's Hospitals; Table 3, Comparison of TRICARE Allowed Amounts for ER Visits at Children's Hospital of Colorado at Colorado Springs with 34 Other Large Children's Hospitals, FY23).