IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02561-NYW-SKC

CHILDREN'S HOSPITAL COLORADO,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE, and
LLOYD AUSTIN III, in his official capacity as Secretary
of Defense, United States Department of Defense,

        Defendants.

_____

### CHILDREN'S HOSPITAL COLORADO'S UNOPPOSED MOTION FOR MODIFICATION OF BRIEFING SCHEDULE FOR THE MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND THE MOTION FOR PRELIMINARY INJUNCTION

_____

Plaintiff, Children's Hospital Colorado ("Children's"), requests a modification of the briefing schedule for the Motion for Judgment on the Administrative Record and the Motion for Preliminary Injunction. In support thereof, Children's states as follows:

**D.C. Colo. LCivR 7.1(a) Certification:** Counsel for Children's conferred with Defendants' counsel and was advised that Defendants do not oppose the relief sought below. This request modifies the schedule for both Children's and Defendants and is agreed to by both parties. All together, the requests below will extend the completed briefing for both motions from January 12, 2024 until February 2, 2024 and preserve the hearing date set for March 5, 2024.

1. On October 24, 2023, this court Court entered an order setting a briefing schedule for the Motion for Judgment on the Administrative Record and the Motion for Preliminary Injunction. [October 24, 2023 Minute Order [ECF 20].]

2. Following the October Minute Order, on November 16, 2023, Defendants produced a copy of the Administrative Record and filed their Motion for Judgment on the Administrative Record and Response to Children's Motion for Preliminary Injunction.

3. The parties request to extend the remainder of the deadlines in the October Minute Order for several reasons. First, because both the opening brief and the administrative record were produced on the same day, Children's requests extra time because of the added time needed to review the full record. Second, the briefing schedule falls over several holidays that have resulted in scheduling conflicts for both Children's and Defendants. Third, these are complicated issues and combined briefs which merit more than the normally allotted briefing times.

4. While the parties have been working diligently to try to meet the schedule set out by the Court, it was contemplated from the beginning that extensions might be requested. In fact, in Defendants' section of the Notice and Joint Status Report [ECF No. 19] which the Court followed when issuing the October Minute Order, Defendants noted that "[i]f Plaintiff were to request additional time, Defendant would consent to any reasonable extension beyond the 21-days contemplated by D.C. Colo. LCivR 7.1(d)."

5. Based on the conferel between Children's and Defendants, Children's requests that the Court extend the remaining briefing schedule as follows:

- Children's Combined Opposition to Defendants' Motion for Judgment on the Administrative Record, Cross-Motion, and Reply in Support of Preliminary injuction move from December 7, 2023 to **December 14, 2023.**

- Defendants' Combined Opposition to Children's Motion for Judgment on the Administrative Record and Reply in Support of Motion for Judgment on the Administrative Record move from December 21, 2023 to **January 12, 2024**.

- Children's Reply in support of its Cross-Motion for Judgment on the Administrative Record move from January 12, 2024 **to February 2, 2024.**

- The hearing on the Motions remain as set on **March 5, 2024**.

6. Neither party will be prejudiced by this revised briefing schedule and given the nature of the issues as well as the holiday season the parties believe there is good cause for the relief requested.

WHEREFORE, for the reasons outlined above, Children's Hospital requests that this Court extend the present briefing schedule as outlined in paragraph 5 above.

DATED:  December 4, 2023

3

Respectfully submitted,

/s/ *Stacy Carpenter*
Stacy Carpenter
Richard M. Murray
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
(303) 583-8242
scarpenter@polsinelli.com
rmurray@polsinelli.com

Jessica M. Andrade
POLSINELLI PC
100 2nd Avenue, Suite 3500
Seattle, Washington 98104
(206) 393-5422
jandrade@polsinelli.com

Joshua D. Arters
POLSINELLI PC
501 Commerce Street, Suite 1300
Nashville, Tennessee 37203
(615) 252-3923
jarters@polsinelli.com

*Counsel for Children's Hospital Colorado*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Martha A. Hammond*
Martha A. Hammond
Legal Administrative Assistant

5